IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESSIE LONAS,

    Plaintiff,

v.

STATE OF WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-791-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

/s/            1/20/2017

Peter Oppeneer, Clerk of Court      Date